**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: VICKIE DONALD KILPATRICK                    CASE NO. 16-00705-NPO
                                                                                        CHAPTER 13

TO:     **AFFECTED CREDITORS**: All creditors on the master matrix

**CASE TRUSTEE**: J.C. Bell, Mdg@jcbell.net
**US. TRUSTEE**: USTPRegion05.JA.ECF@usdoj.gov

**NOTICE OF FILING OF MOTION TO APPROVE SELL OF PROPERTY**

YOU ARE HEREBY NOTIFIED that the above named Debtor has filed with the Bankruptcy Court a Motion to Approve Sell of Property.

YOU ARE FURTHER NOTIFIED that any objections to this proposed Motion to Approve Sell of Property should be filed by written pleading with the Court with a copy to the Trustee within twenty one (21) days of the date of this Notice. If no objection is timely filed, the Court may approve the Motion to Approve Sell of Property as filed.

DATED this the 27th day of June, 2017.

/s/ Tylvester Goss
TYLVESTER GOSS

CERTIFICATE OF SERVICE

I, TYLVESTER GOSS, Attorney for the above listed Debtor, do hereby certify that I have this date mailed a true and correct copy of the Notice and Motion to Approve Sell of Property to the Trustee and the affected Creditors at the above listed address.

THIS the 27th day of June, 2017.

/s/ Tylvester Goss
TYLVESTER GOSS